# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00764-CV

**In re Trustees of the TEL Offshore Trust**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Having reviewed the petition for writ of mandamus, the response, the reply, and the record, we deny the petition.[1] We dismiss as moot relators' motion for emergency stay.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed:  November 16, 2016

---

[1] *See* Tex. R. App. P. 52.8(a).